[No. 4905–1. Division One. April 27, 1978.]

*In the Matter of the Marriage of* ALBERT E. GOODWIN, *Appellant, and* RUTH GOODWIN, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. D–83403, W. R. Cole, J., entered July 15, 1976. *Remanded* by unpublished per curiam opinion.

[No. 5100–1. Division One. April 27, 1978.]

PAULA ROZNER, *Appellant,* v. CARL E. CHISM, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 782335, James W. Mifflin, J., entered September 20, 1976. *Reversed* by unpublished opinion per James, J., concurred in by Callow and Andersen, JJ.

[No. 5234–1. Division One. April 27, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. MELVIN OTIS GRANT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 75528, Janice Niemi, J., entered November 9, 1976. *Affirmed* by unpublished per curiam opinion.